PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-0174-KJN |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| RICHARD BELDON WATERS III, | DATE: April 27, 2021 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant RICHARD BELDON WATERS III, both individually and by and through his counsel of record, JENNIFER MOUZIS, hereby stipulate as follows:

1.      The Complaint in this case was filed on November 6, 2020, charging Waters with one count of conspiracy to commit offenses against the United States, in violation of 18 U.S.C. § 371. Waters first appeared before a judicial officer of the Northern District of California on or about December 17, 2020, and was detained. He then first appeared in this district on April 13, 2021, where the Complaint is pending. The Court set a preliminary hearing date of April 27, 2021. ECF 21.

By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to May 28, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of discovery and

1  continuing investigation of the case. For example, a protective order for production of discovery has not

2  yet been issued, and the government is preparing to produce discovery relevant to this case. Defense

3  counsel needs time to review and consider all the evidence and to conduct further investigation. The

4  parties further agree that the interests of justice served by granting this continuance outweigh the best

5  interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6        2.    The parties agree that good cause exists for the extension of time, and that the extension

7  of time would not adversely affect the public interest in the prompt disposition of criminal cases.

8  Therefore, the parties request that the time between April 27, 2021, and May 28, 2021, be excluded

9  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

10        IT IS SO STIPULATED.

11

12  Dated:  April 20, 2021                       PHILLIP A. TALBERT
                                           Acting United States Attorney

13

14                                      /s/ ROBERT J. ARTUZ
                                    ROBERT J. ARTUZ

15                                      Special Assistant U.S. Attorney

16

17  Dated:  April 20, 2021                       /s/ *Jennifer Mouzis*
                                    JENNIFER MOUZIS

18                                      Counsel for Defendant
                                    RICHARD BELDON WATERS III

19

20

21

22

23

24

25

26

27

28

1   McGREGOR W. SCOTT
United States Attorney
2   ROBERT J. ARTUZ
Special Assistant U.S. Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
United States of America
7

8                          IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,               CASE NO.  2:20-MJ-0174-KJN

12                     Plaintiff,           [~~PROPOSED~~] FINDINGS AND ORDER
                                            EXTENDING TIME FOR PRELIMINARY
13             v.                           HEARING PURSUANT TO RULE 5.1(d) AND
                                            EXCLUDING TIME
14  RICHARD BELDON WATERS III,
                                            DATE: April 27, 2021
15                                          TIME: 2:00 p.m.
                     Defendant.             COURT: Hon. Allison Claire
16

17
        The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing
18
Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 20, 2021.  The
19
Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,
20
demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule
21
5.1(d) of the Federal Rules of Criminal Procedure.
22
        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests
23
of justice served by granting this continuance outweigh the best interests of the public and the defendant
24
in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would
25
not adversely affect the public interest in the prompt disposition of criminal cases.
26
        THEREFORE, FOR GOOD CAUSE SHOWN:
27
        1.      The date of the preliminary hearing is extended to May 28, 2021, at 2:00 p.m.
28

2.      The time between April 27, 2021, and May 28, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: April 20, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE