PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BELDON WATERS III,<br><br>Defendant. | CASE NO. 2:21-CR-150 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 30, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea on August 30, 2021.

2. By this stipulation, defendant now moves to continue the change of plea hearing until September 13, 2021 at 9:00 a.m., and to exclude time between August 30, 2021, and September 13, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 1,000 pages of law enforcement reports, bank records, photographs, and criminal histories. The government has also produced multiple gigabytes of documents from at least two data extractions of the defendant and his co-defendant's smartphones, which are also available to

defense counsel for inspection.  All this discovery has been either produced directly to counsel and/or made available for inspection and copying.  On August 23, 2021, the government also filed a Notice of Related Cases to relate and reassign this case to *United States v. Sanchez*, Case No. 2:21-CR-142 KJM (E.D. Cal.).  The parties need additional time for the Court and the Clerk to make that reassignment and for the parties to determine how the reassignment will impact the case including its schedule.

b)	Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with her client, and to otherwise prepare for a potential trial.

c)	Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)	The government does not object to the continuance.

e)	Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)	For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 30, 2021 to September 13, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 25, 2021					PHILLIP A. TALBERT
							Acting United States Attorney


							/s/ ROBERT J. ARTUZ
							ROBERT J. ARTUZ
							Special Assistant U.S. Attorney


Dated:  August 25, 2021					/s/ JENNIFER MOUZIS
							JENNIFER MOUZIS
							Counsel for Defendant
							RICHARD BELDON WATERS III


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  August 26, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE