**JENNIFER MOUZIS**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
RICHARD BELDON WATERS, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:21-cr-00150-KJM-1 |
|---|---|---|
| Plaintiff, | ) | **ORDER SEALING UNREDACTED SENTENCING MEMORANDUM** |
| v. | ) | |
| RICHARD BELDON WATERS, III, | ) | **UNDER SEAL** |
| Defendant. | ) | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Defendant's Request to Seal, IT IS HEREBY ORDERED that the unredacted sentencing memorandum pertaining to defendant Richard Beldon Waters, III, and the defense's Request to Seal, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in Oregonian Publishing Co. v. U.S. District Court for the District of Oregon, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the defendant's request, sealing the unredacted sentencing memorandum serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the defense would be harmed. In light of the public filing of its

request to seal, the Court further finds that there are no additional alternatives to sealing the unredacted sentencing memorandum that would adequately protect the compelling interests identified by the defendant.

DATED: June 16, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE